UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CHRISTOPHER COACHMAN,

                Petitioner,

    -against-

MARK MILLER,

                Respondent.

-------------------------------------------------------------X

23-CV-07603 (MKV)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2023

**SARAH NETBURN, United States Magistrate Judge:**

On October 18, 2023, the Honorable Mary Kay Vyskocil referred this *habeas corpus* petition to me for a report and recommendation. See 28 U.S.C. § 636(b)(1)(A). The parties shall comply with the schedule set forth in the October 10, 2023 Order to Answer. Any requests for an extension shall be submitted to me.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    October 19, 2023
                New York, New York