USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER COACHMAN,

Petitioner,

-against-

MARK MILLER,

Respondent.

1:23-CV-7603 (MKV) (SN)

ORDER ADOPTING REPORT & RECOMMENDATION DENYING HABEAS CORPUS PETITION

MARY KAY VYSKOCIL, United States District Judge:

Christopher Coachman, proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. [ECF No. 1]. Petitioner challenges his state court conviction for manslaughter in the first degree resulting from an altercation on which his girlfriend was strangled and died. The Court referred the petition to Magistrate Judge Sarah Netburn. [ECF No. 7].

On June 2, 2025, Magistrate Judge Netburn issued a thorough Report and Recommendation recommending that the Court deny the petition in its entirety. [ECF No. 22] (the "R&R").

The parties had fourteen days to file objections. See 28 U.S.C. § 636 (b)(1); Fed. R. Civ. P. 72(b)(2); R&R at 21–22. Petitioner did not file any objections with the Court. Instead, on July 15, 2026, he filed a letter indicating that he had received the R&R on June 12, 2025. [ECF No. 23]. Due to scheduling issues with "the law clerk that [he] was working with," petitioner was "unable to answer the report." *Id.* (citation modified). For over a year, petitioner took no further action. On August 31, 2026, the Court afforded petitioner a final fourteen days to file any objections. [ECF No. 24] (noting that, should petitioner fail to timely comply, "any such objections will be deemed waived and the Report and Recommendation treated as unobjected-to."). Petitioner has not filed any objections.

"If a party fails to properly object to the R&R, the district judge reviews the R&R only for

clear error." *Nambiar v. Cent. Orthopedic Grp., LLP*, 158 F.4th 349, 359 (2d Cir. 2025); *see also, e.g.*, *Urena v. People of State of New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001) ("To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985))).

The Court has reviewed the R&R for clear error. The Court finds none and agrees with Magistrate Judge Netburn that the petition should be denied in its entirety.

The R&R categorizes petitioner's challenges to his conviction as follows: "(1) weight and sufficiency of the trial evidence ('Ground One' and 'Ground Four'); (2) the trial court's jury instructions ('Ground Two'); and (3) the imposition of a 25-year sentence ('Ground Three')." R&R at 1.

The Magistrate Judge determined that Ground One—concerning the weight of the trial evidence—is not cognizable on habeas corpus review. R&R at 7–8. This determination is amply supported by applicable law. *See* 28 U.S.C. § 2254(a); *see also, e.g.*, *Garrett v. Perlman*, 438 F. Supp. 2d 467, 470 (S.D.N.Y. 2006) (citing, *inter alia*, *Maldonado v. Scully*, 86 F.3d 32, 35 (2d Cir. 1996)).

Next, the Magistrate Judge determined that Ground Four—concerning the sufficiency of the trial evidence—is procedurally barred and, in any event, meritless. R&R 8–11. Both determinations are likewise amply supported. *See* [ECF No. 16-1] at 29; [ECF No. 16-1] at 153–61; CPL § 460.10(1)(a); 28 U.S.C. § 2254(b)(2); *Jackson v. Virginia*, 443 U.S. 307, 319 (1979).

The Magistrate Judge proceeded to determine that Ground Two is procedurally barred and meritless with respect to one instruction, R&R at 12–15, and exhausted but meritless with respect

to another, R&R 15–19. There is no clear error in these determinations, each of which is amply supported. *See, e.g.*, *Velasquez v. Leonardo*, 898 F.2d 7, 9 (2d Cir. 1990); *Cupp v. Naughten*, 414 U.S. at 147 (1973); *Krivoi v. Chappius*, No. 21-2934-PR, 2022 WL 17481816, at *3 (2d Cir. Dec. 7, 2022) (summary order).

Finally, the Magistrate Judge determined that Ground Three is procedurally barred and, in any event, meritless. R&R at 19–21. These determinations, too, are both amply supported. *See, e.g.*, *White v. Keane*, 969 F.2d 1381, 1383 (2d Cir. 1992); *Bell v. Ercole*, 631 F. Supp. 2d 406, 418 (S.D.N.Y. 2009).

The Court therefore adopts the R&R in its entirety as the opinion of the Court. The habeas corpus petition is DENIED. The Clerk of Court is respectfully requested to close this case.

**SO ORDERED**.

Dated: September 17, 2026
New York, New York

Mary Kay Vyskocil

MARY KAY VYSKOCIL
United States District Judge