**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHRISTOPHER COACHMAN,

Petitioner,

23 **CIVIL** 7603 (MKV) (SN)

-against-

**JUDGMENT**

MARK MILLER,

Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 17, 2026, the Court adopts the Report & Recommendation in its entirety. The habeas corpus petition is DENIED; accordingly, the case is closed.

**DATED:** New York, New York
September 21, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**