USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER COACHMAN,

Petitioner,

-against-

MARK MILLER,

Respondent.

1:23-CV-7603 (MKV) (SN)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

*Pro se* Petitioner Christopher Coachman ("Petitioner") moves under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal, [ECF No. 29], and for extension of time to file notice of appeal, [ECF No. 28]. For the reasons stated herein, the motions are DENIED.

Petitioner brought this habeas petition challenging his state conviction for manslaughter in the first degree. [ECF No. 1]. This Court adopted Magistrate Judge Netburn's Report and Recommendation in its entirety and denied the habeas corpus petition. [ECF No. 25].

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "The determination of whether an applicant qualifies for *in forma pauperis* status on appeal is within the discretion of the district court." *Fredricks v. Doe*, No. 20-cv-5738, 2020 WL 8513505, at *1 (S.D.N.Y. Dec. 2, 2020). The Court must assess whether the appeal is taken in good faith from an objective standard, and good faith is "demonstrated when [the party] seeks appellate review of any issue not frivolous." *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

As explained in Magistrate Judge Netburn's detailed, well-reasoned Report and Recommendation and in this Court's Order adopting it, Petitioner's claims are not cognizable on

habeas corpus review, procedurally barred, and meritless. *See* [ECF No. 22]; [ECF No. 25]. For those reasons, Petitioner's appeal would not be taken in good faith.

Accordingly, this Court certifies under 28 U.S.C. § 1915(a)(3) that Petitioner's appeal would not be taken in good faith. Therefore, *in forma pauperis* status is DENIED for purposes of an appeal. Because Petitioner makes no substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253.

Because Petitioner has already filed a notice of appeal, Petitioner's motion for extension of time to file a notice of appeal is DENIED as moot.

The Clerk of Court is respectfully requested to transmit this Order to Petitioner and to the Court of Appeals. The Clerk of Court is also respectfully requested to terminate docket entry numbers 28 and 29.

**SO ORDERED.**

**Date: October 22, 2026**
**New York, New York**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge